942

No. 78–1630. Consolidated Rail Corp. *v.* Illinois et al. C. A. 7th Cir. Certiorari denied.

No. 78–1635. Tivian Laboratories, Inc. *v.* United States. C. A. 1st Cir. Certiorari denied.

No. 78–1636. Goichman *v.* Disciplinary Board of the Supreme Court of Pennsylvania. Sup. Ct. Pa. Certiorari denied.

No. 78–1640. Bell & Howell Co. *v.* National Labor Relations Board et al. C. A. D. C. Cir. Certiorari denied.

No. 78–1645. Davis et al., Trustees *v.* Pima County, Arizona, et al. Ct. App. Ariz. Certiorari denied.

No. 78–1655. Insurance Company of North America *v.* Farmer's Home Mutual Insurance Co. Ct. App. Wash. Certiorari denied.

No. 78–1657. Pennsylvania Human Relations Commission *v.* Pittsburgh Press Co. Sup. Ct. Pa. Certiorari denied.

No. 78–1664. Allustiarte et ux. *v.* Peters et al. C. A. 9th Cir. Certiorari denied.

No. 78–1680. Washington *v.* Norton Manufacturing Co. C. A. 5th Cir. Certiorari denied.

No. 78–1703. Freedson *v.* United States. C. A. 9th Cir. Certiorari denied.